FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 15, 2015

ABEL ACOSTA, CLERK

PD-0038-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 10:07:30 AM
Accepted 1/15/2015 5:03:32 PM
ABEL ACOSTA
CLERK

# PD-0038-15

### No. 07-13-00422-CR

| | | |
|---|---|---|
| **GABRIEL LUNA** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **V.** | § | **OF THE SEVENTH SUPREME** |
| | § | |
| **STATE OF TEXAS** | § | **JUDICIAL DISTRICT** |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW the Appellant, by and through his counsel, David Crook, and files this motion for an extension of 30 days or the maximum amount of time possible in which to file his *Petition for Discretionary Review* in the above-referenced appeal. In support of this motion, Appellant would show the Court the following:

### I.

On December 10, 2014, the Seventh Court of Appeals, in Appellate No. 07-13-00422-CR, styled *Gabriel Luna v. the State of Texas*, affirmed the judgment of the Court below.

### II.

The present deadline for filing Appellant's Petition for Discretionary Review is January 9, 2015. The Appellant has not requested any extensions with regard to his P.D.R. prior to this request.

### III.

Appellant's request for an extension is based upon the following facts: Counsel has been spending some time in Shreveport, Louisiana, as Counsel's 87-year old mother requires some attention to her affairs regarding her increasing hearing and vision problems.

*Prayer*

WHEREFORE, appellant prays that the Court grant this motion and extend the deadline for filing the Appellant's Petition for Discretionary Review in Appellate No. 07-13-00422-CR to Monday, February 9, 2015.

Respectfully submitted,

Crook & Jordan

By: /s/David Crook
David M. Crook
PO Box 94590
Lubbock, TX 79493
(806) 744-2082
SBN: 05109530
Telephone: (806) 744-2082
Fax: (806) 744-2083
dcrook@nts-online.net
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on Jeff Ford, attorney for the state, by e-mail, on this the 8th day of January, 2015.

/s/David Crook
DAVID CROOK